UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHESTER RAY WISEMAN, | ) | NO. CV 19-4271-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 6, 2019.

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE